387 A.2d 102

Burnside v. Billings, et ux., Appellants.

594

Argued December 6, 1977. Horace P. Billings, Jr., appellant, in propria persona; Alan Portinoff, submitted a brief for appellee.

Order affirmed.